IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| UNITED STATES OF AMERICA, | INDICTMENT |
|---|---|
| v. | Criminal No. 2022 cr 5 |
| | 18 U.S.C. § 922(o)<br>- Possession of machineguns |
| | 18 U.S.C. § 922(a)(1)(A)<br>- Firearms trafficking |
| PRINCETON JAMESON,<br>Defendant. | 14 V.I.C. § 2253(a)<br>- Unauthorized possession of Firearms |

THE GRAND JURY CHARGES THAT:

### COUNT ONE
### (Illegal Possession of Machine Gun)

On or about October 17, 2021, in the District of the Virgin Islands and elsewhere, the defendant, **PRINCETON JAMESON,** did knowingly possess machineguns, to wit: two "Glock chips," "Glock switches," or "select fire auto-sear," which are parts, designed and intended solely and exclusively, or in combination of parts designed and intended, for use in converting a weapon into a machine gun,

All in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT TWO
### (Firearms Trafficking)

Beginning on a date unknown, and continuing up to on or about October 12, 2021, in the District of the Virgin Islands and elsewhere, the defendant, **PRINCETON JAMESON,** who was not licensed to import, manufacture, or deal in firearms, did ship, transport, and receive firearms in interstate and foreign commerce,

All in violation of Title 18, United States Code, Section 922(a)(1)(A) and 924(a)(1)(D).

## COUNT THREE
### (Unauthorized Possession of Firearms)

On or about October 12, 2021 in the District of the Virgin Islands, the defendant, **PRINCETON JAMESON,** did knowingly possess firearms, while not being authorized to do so,

All in violation of Title 14, Virgin Islands Code Section 2253(a).

United States v. Princeton Jameson
1:22-cr-_____

# FORFEITURE NOTICE

1. The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d), 26 U.S.C. § 5872(a), and 28 U.S.C. § 2461(c).

2. Upon conviction of one or more of the offenses alleged in Counts One and Two of the Indictment, defendant, **PRINCETON JAMESON**, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 26 U.S.C. § 5872(a), the following described property, including, but not limited to all firearms, ammunition, or machine gun firearms and parts involved in the commission of the offense(s) as follows:

- Two Glock "chips," "switches," or "select fire auto sear."
- Ammunition
- 4 Glock pistol lower receivers
- 2 Taurus pistols

All pursuant to 18 U.S.C. § 924(d), 26 U.S.C. § 5872(a) and 28 U.S.C. § 2461(c).

United States v. Princeton Jameson
1:22-cr-_____

GRETCHEN C.F. SHAPPERT
UNITED STATES ATTORNEY

Rhonda Williams-Henry
Deputy Criminal Chief

Dated: March 30, 2022

*/s/ Evan Rikhye*
Evan Rikhye
Assistant United States Attorney
United States Attorney's Office
1108 King Street, Suite 201
Christiansted, VI 00820

DISTRICT COURT OF THE VIRGIN ISLANDS: Returned Into the District Court on this, the 30 day of March 2022, by Grand Jurors and filed.

*/s/ George W. Cannon*
Honorable George W. Cannon, Jr.
United States Magistrate Judge

4